| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Yeakel III, Earl L. | 2. Court or Organization District Court, W.D. Texas | 3. Date of Report 05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
501 West 5th Street
Austin, Texas 78701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of Texas Longhorn Foundation Advisory Council |
| 2. | Member | Texas Commission on Uniform State Laws |
| 3. | Member | National Conference of Commissioners on Uniform State Laws |
| 4. | Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 5. | President | Hon. Lee Yeakel Intellectual Property American Inn of Court |
| 6. | Trustee | Austin Rotary Club Foundation |
| 7. | Trustee | American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Employees Retirement System of Texas - Retirement |
| 2. 2016 | Beck Benefits Company - Commission Sales |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Commissioners on Uniform State Laws | January 27-31, 2016 | Tucson, Arizona | Committee on Style Meeting | Transportation, Meals, & Lodging |
| 2. | Texas Center for the Judiciary | March 31-April 1, 2016 | Galveston, Texas | Civil Justice Conference | Transportation, Meals, & Lodging |
| 3. | National Conference of Commissioners on Uniform State Laws | April 27-May 1, 2016 | Louisville, Kentucky | Committee on Style Meeting | Transportation, Meals, & Lodging |
| 4. | American Conference Institute | June 27-29, 2016 | New York, New York | Aviation Claims and Litigation & Transactional Insurance Conferences | Transportation, Meals, & Lodging |

| | | | | |
|---|---|---|---|---|
| 5. | State Bar of Texas | July 21-22, 2016 | San Antonio, Texas | 12th Annual Advanced Patent Litigation Course | Transportation, Meals, & Lodging |
| 6. | National Conference of Commissioners on Uniform State Laws | September 7-11, 2016 | Chicago, Illinois | Committee on Style Meeting | Transportation, Meals & Lodging |
| 7. | Louisiana Association of Self Insured Employers | September 14, 2016 | San Antonio, Texas | 12th Annual National Alliance of Medicare Set-Aside Professionals Conference | Transportation |
| 8. | The Eastern District of Texas Bar Association | October 19-21, 2016 | Plano, Texas | Eastern District of Texas Bench Bar Conference | Transportation, Meals, & Lodging |
| 9. | National Conference of Commissioners on Uniform State Laws | November 11-12, 2016 | Chicago, Illinois | Drafting Chairs & Reporters Workshop | Transportation, Meals, & Lodging |
| 10. | National Conference of Commissioners on Uniform State Laws | November 14-15, 2016 | Washington, D.C. | State Dep't Advisory Committee on Private Int'l Law- Public Meeting on Judgments | Transportation, Meals, & Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prosperity Bank | Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SCHW Common Stock | A | Dividend | J | T | | | | | |
| 2. CVX Common Stock | C | Dividend | M | T | | | | | |
| 3. XOM Common Stock | A | Dividend | K | T | | | | | |
| 4. F Common Stock | A | Dividend | J | T | | | | | |
| 5. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 6. Rogers Communications, Inc. Class B Common Stock | A | Dividend | K | T | | | | | |
| 7. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 8. LUV Common Stock | B | Dividend | N | T | | | | | |
| 9. SPND.OB Common Stock | | None | J | T | | | | | |
| 10. DIS Common Stock | A | Dividend | K | T | | | | | |
| 11. Fidelity Blue Chip Growth Mutual Fund | A | Dividend | L | T | | | | | |
| 12. Fidelity Blue Chip Growth Mutual Fund | B | Distribution | | | | | | | |
| 13. Fidelity China Region Mutual Fund | A | Dividend | J | T | | | | | |
| 14. Fidelity New Millenium Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Fidelity New Millennium Mutual Fund | C | Distribution | | | | | | | |
| 16. Fidelity Municipal Money Market Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Fidelity Gov't Money Market Premium Class | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total Stock Market Index Admiral Mutual Fund | A | Dividend | K | T | | | | | |
| 19. Prosperity Bank (CD) | A | Interest | | | Matured | 07/28/16 | L | A | |
| 20. Prosperity Bank (CD) | A | Interest | K | T | | | | | |
| 21. Prosperity Bank (Checking) | A | Interest | L | T | | | | | |
| 22. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 23. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 24. Wells Fargo Bank (Savings) | A | Interest | M | T | | | | | |
| 25. Alps ETF Tr Alerian MLP | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 26. Altria Group Inc Common Stock | A | Dividend | | | Sold | 12/16/16 | J | B | |
| 27. American Electric Power Co. Inc. Common Stock | A | Dividend | | | Buy (add'l) | 02/10/16 | J | | |
| 28. American Electric Power Co Inc Common Stock | | | | | Sold | 12/16/16 | J | A | |
| 29. Bank of Montreal Common Stock | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 30. BCE Inc Common Stock | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 31. Dominion Resources Inc VA Common Stock | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 32. HSBC Holdings PLC | A | Dividend | | | Sold | 06/27/16 | J | A | |
| 33. Merck & Co Inc Common Stock | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 34. Microchip Technology Inc. Common Stock | A | Dividend | | | Sold | 12/16/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lockheed Martin Corp Common Stock | A | Dividend | | | Sold | 12/16/16 | J | B | |
| 36. GlaxoSmithKline PLC | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 37. Simon Property Group Inc. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 38. Prime Money Market Fund (Mutual Fund) | A | Dividend | | | Sold | 06/20/16 | J | A | |
| 39. Federated Gov't Obl. Tax Mgd. Fund #636 | A | Dividend | J | T | Buy (add'l) | 01/05/16 | J | | |
| 40. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 01/07/16 | J | | |
| 41. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 01/20/16 | J | | |
| 42. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 02/17/16 | J | | |
| 43. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 02/22/16 | J | | |
| 44. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 04/01/16 | J | A | |
| 45. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 04/04/16 | J | | |
| 46. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 04/12/16 | K | | |
| 47. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 04/13/16 | J | | |
| 48. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 05/02/16 | J | A | |
| 49. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 05/03/16 | J | | |
| 50. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 06/02/16 | J | | |
| 51. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 06/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Yeakel III, Earl L. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Redeemed (part) | 07/01/16 | K | A | |
| 53. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/05/16 | J | | |
| 54. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/07/16 | J | | |
| 55. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/13/16 | J | | |
| 56. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/28/16 | K | | |
| 57. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 07/29/16 | J | | |
| 58. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 08/16/16 | J | | |
| 59. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 09/02/16 | J | | |
| 60. Federated Gov't Obl. Tax Mgt. Fund #636 | | | | | Buy (add'l) | 09/21/16 | J | | |
| 61. Federal Home Loan Bank 2.20% Note | A | Interest | | | Matured | 07/28/16 | K | A | |
| 62. Federal Home Loan Bank 1.45% Note | A | Interest | | | Matured | 04/12/16 | K | A | |
| 63. Federal Farm Credit Bank 3.45% Note | B | Interest | K | T | | | | | |
| 64. U.S. Treasury 5.5% Note | D | Interest | M | T | | | | | |
| 65. Vanguard Wellesley Inc. Fund Admiral Shares | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 66. Luby's Inc. | | None | J | T | | | | | |
| 67. United States Series I Savings Bonds | | None | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Earl L. Yeakel III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544